IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE AYALA, et al., | CASE NO. CV-F-02-5846-LJO |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO COMPEL** |
| vs. | |
| KC ENVIRONMENTAL HEALTH, et al., | |
| Defendant. | |

Pursuant to notices filed on July 13, and July 26, 2005, defendants City of Bakersfield and Terry Buss move to compel plaintiffs to respond to discovery. No timely opposition or statement of non-opposition has been filed pursuant to Local Rule 37-251. Therefore, the hearing set for August 26, 2005 is vacated and as of August 26, 2005, the matter is hereby submitted on the pleadings.

IT IS SO ORDERED.

**Dated:   August 24, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE

1