IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE AYALA, et al.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KC ENVIRONMENTAL HEALTH, et al.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-02-5846-LJO<br><br>**ORDER ON UNTIMELY OPPOSITION TO DEFENDANTS' MOTIONS TO COMPEL** |

　　　　Pursuant to notices filed on July 13, and July 26, 2005, defendants City of Bakersfield and Terry Buss move to compel plaintiffs to respond to discovery. No timely opposition or statement of non-opposition had been filed. Accordingly, this Court vacated the hearing and took the motions under submission. On August 25, 2005, plaintiffs filed an opposition to the motion. (Doc. 100.) The opposition acknowledges its untimely nature, but requests that the Court consider the opposition. Based on the reasons set forth in that opposition, the Court GRANTS the request to consider the opposition. In the opposition, plaintiffs state that several parts of the written discovery at issue in the motion were not received in plaintiffs' counsel's office until August 2005. The Court, however, notes that the disputed discovery contains a proof of service of April 28, 2005. (Motion to Compel, Doc. 98, Exh. A-F.) The Court directs defendants to respond to plaintiffs' serious contention. The response is due by September 2, 2005, at which time the Court will determine whether further argument on the motions is required.

IT IS SO ORDERED.

**Dated:　August 25, 2005**　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1