1  B. C. BARMANN, SR., COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  BY: Charles F. Collins, Deputy (SBN #104318)
   Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone:  (661) 868-3800
   Facsimile:   (661) 868-3805
5
   Attorney for Defendants, Kern County Environmental
6  Health Services Department, William O'Rullian and Terry Gray

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   ROXANNE AYALA, KENNETH EDWARDS,    )
12 LEROY EDWARDS                      )   CIV F-02-5846 AWI LJO
                                      )
13              Plaintiffs,           )   STIPULATION FOR ORDER
                                      )   EXTENDING EXPERT
14 v.                                 )   DISCOVERY CUTOFF AND
                                      )   ORDER
15 K. C. ENVIRONMENTAL HEALTH,        )
   WILLIAM O'RULLIAN, TERRY GRAY,     )
16 CITY OF BAKERSFIELD, TERRY BUSS,   )
   DOES 1 through 100,                )
17                                    )
                Defendants.           )
18 _____)

19         Counsel for all remaining parties, Robert Dowd, Esq., for plaintiffs, and Charles F.

20 Collins, Deputy County Counsel, for defendants Kern County Environmental Health Services

21 Department, William O'Rullian and Terry Gray, hereby stipulate that the Court may enter the

22 Order set forth below extending the expert discovery cutoff in this case presently set for

23 January 27, 2006, up to and including February 16, 2006, solely for the purpose of allowing

24 defendants to take the depositions of plaintiffs' experts John Hanson, Jim Edwards and

25 Leon Stovall which are currently scheduled for January 25, 2006.  Plaintiffs' counsel has a

26 calendar conflict on January 25, 2006 and the parties believe that it will be beneficial to all

27 parties and to the Court to extend the January 27, 2006 expert discovery cutoff date to allow

28 for the taking of the depositions of plaintiffs' experts.

Stipulation for Order Extending Expert Discovery, etc.

1 | The parties herein agree that this stipulation may be signed in counterparts.

2 | Dated: January 24, 2006.              B. C. BARMANN, SR., COUNTY COUNSEL

4 | By ____/ S /____  Charles F. Collins
Charles F. Collins, Deputy
5 | Attorneys for Defendants, Kern County
Environmental Health Services Department,
6 | William O'Rullian and Terry Gray

8 | Dated: January 24, 2006.              By _____/ S / Robert Dowd_____
Robert Dowd
9 | Attorney for Plaintiffs, Roxanne Ayala,
Kenneth Edwards and Leroy Edwards

## ORDER

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the expert discovery cutoff date of January 27, 2006 is extended to February 16, 2006, solely for the purpose of allowing defendants to take the depositions of plaintiffs' experts John Hanson, Jim Edwards and Leon Stovall.

IT IS SO ORDERED.

**Dated:   January 25, 2006**              /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE

Stipulation for Order Extending Expert Discovery, etc.