IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE AYALA, et. al, | CASE NO. CV F 02-5846 LJO |
| Plaintiffs, | **ORDER ON PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME TO HEAR MOTION TO VACATE ORDER** |
| vs. | (Docs. 123-126.) |
| KC ENVIRONMENTAL HEALTH, et al., | |
| Defendants. | |

This Court issued its January 6, 2006 order ("January 6 order") to deny plaintiffs'[1] belated request for an extension to oppose defendants Terry Buss and City of Bakersfield's (collectively "defendants'") summary judgment motion. This Court issued its January 10, 2006 decision to grant defendants summary judgment, and this Court's clerk entered judgment pursuant to F.R.Civ.P. 54(b).

On February 8, 2006, plaintiffs filed papers which this Court construes as plaintiffs' ex parte request to hear on February 9, 2006 a motion to set vacate the January 6 order and to consider papers to oppose defendants' summary judgment motion and supporting papers, which defendants had filed and served on December 9, 2006.

Plaintiffs' ex parte papers filed February 8, 2006 fail to comply with this Court's Local Rule 6-144. As such, this Court DENIES plaintiffs' requested ex parte relief and VACATES the February 9,

---

[1] Plaintiffs Leroy Edwards, Kenneth Edwards and Roxanne Ayala will be referred to collectively as "plaintiffs."

1

1  2006 hearing improperly set by plaintiffs.  Moreover, if plaintiffs had complied with ex parte shortening
2  time requirements, their papers demonstrate plaintiffs' continuing untimeliness, fail to substantiate
3  grounds for requested relief, and present the same or similar points which were raised in plaintiffs' prior
4  papers and on which this Court has ruled.[2]  Plaintiffs continue to engage in outrageous untimeliness and
5  to disobey basic law and motion rules to result in discourtesy to this Court and defense counsel.

   IT IS SO ORDERED.

**Dated:   February 8, 2006**              /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE

---

[2]   Even plaintiffs' proposed summary judgment opposition papers fail to comply with this Court's Local Rules.

2