IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE AYALA, et. al, | CASE NO. CV F 02-5846 LJO |
| Plaintiff, | **ORDER TO EXTEND SUMMARY JUDGMENT OPPOSITION DEADLINE** |
| vs. | (Doc. 144.) |
| KC ENVIRONMENTAL HEALTH, et al., | |
| Defendants. / | |

On March 2, 2006, plaintiffs filed their motion to seek an extension to March 17, 2006 to file and serve opposition papers to the summary judgment motion of defendants William O'Rullian, Terry Gray and Kern County Environmental Health Services Department. On the basis of good cause and the parties' agreement, this Court:

1. EXTENDS to no later than March 17, 2006 plaintiffs' deadline to file and serve opposition papers to the summary judgment motion;

2. EXTENDS to no later than March 24, 2006 defendants' deadline to file and serve reply papers;

3. VACATES the March 17, 2006 summary judgment hearing and March 29, 2006 pretrial conference; and

4. ADMONISHES plaintiffs to strictly comply with this Court's Local Rules, in particular, Rule 56-260 regarding summary judgment motions, and standing order.

1

1  Unless this Court orders otherwise, this Court will consider defendants' summary judgment
2  motion on the record and without oral argument. If necessary, this Court will reset the pretrial
3  conference.
4  IT IS SO ORDERED.
5  **Dated:   March 2, 2006**              /s/ Lawrence J. O'Neill
   66h44d                                  UNITED STATES MAGISTRATE JUDGE