# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE AYALA, et. al, | CASE NO. CV F 02-5846 LJO |
| Plaintiffs, | **ORDER ON BRIEFING PLAINTIFFS' RECONSIDERATION MOTION** |
| vs. | (Doc. 158.) |
| KC ENVIRONMENTAL HEALTH, et al., | |
| Defendants. / | |

In noncompliance with this Court's Local Rule 78-230(b), plaintiffs, on April 10, 2006, filed and served their motion for reconsideration of this Court's March 30, 2006 summary judgment decision and erroneously set an April 28, 2006 hearing for the reconsideration motion. To satisfy Local Rule 78-230, this Court:

1. VACATES the April 28, 2006 hearing erroneously set by plaintiffs;
2. ORDERS defendants, no later than April 28, 2006, to file opposition papers to plaintiffs' reconsideration motion; and
3. ORDERS plaintiffs, no later than May 5, 2006, to file reply papers, if any, for the reconsideration motion.

Unless otherwise ordered, this Court will consider plaintiffs' reconsideration motion on the record and without a hearing or oral argument, pursuant to Local Rule 78-230(h).

IT IS SO ORDERED.

**Dated:   April 11, 2006**            /s/ Lawrence J. O'Neill
66h44d                                  UNITED STATES MAGISTRATE JUDGE